ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Defendant,*
*Phil's Tire Service*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MMA SPECIALTIES (a Nevada Corporation), VU DEVELOPMENT (a Wyoming corporation), <br><br> Plaintiff, <br><br> vs. <br><br> QINGDAO VITOUR UNITED CORP (a Chinese corporation), XIANGYUAN ("JEFF") LIU (an individual), DALLAS REED (an individual), MICHAEL YOUNG (an individual), PHIL'S TIRE SERVICE (a New York corporation), VITOUR USA CORP. (an Indiana corporation), TIRE RACK (an Indiana corporation), DOE Defendants 1-10; and ROE Entities 1-10, inclusive <br><br> Defendant. | CASE NO.: 2:25-cv-01072 <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiffs MMA SPECIALTIES and VU DEVELOPMENT, by and through their attorneys of record, MARK A. HUTCHISON, ESQ., STEWART C, FITTS, ESQ. and HANNAH R. ROGERS, ESQ., of the law firm of HUTCHISON & STEFFEN, PLLC and Defendant PHIL'S TIRE SERVICE, by and through its attorney of record, ADAM R. FULTON, ESQ., of the law firm of JENNINGS &

-1-

FULTON, LTD. to continue the deadline for Defendant to file a response to Plaintiff's First Amended Complaint.

Defense counsel was out of the office and was recently retained. Due to scheduling conflicts Defense counsel requires additional time to prepare the response to the First Amended Complaint. The parties agree that Defendant's response to the First Amended Complaint is due on or before October 10, 2025. This stipulation is submitted in good faith and not for the purpose of undue delay.

Dated: September 18th, 2025                          Dated: September 18th, 2025

**JENNINGS & FULTON, LTD.**                    **HUTCHISON & STEFFEN, PLLC**

  /s/ Adam R. Fulton, Esq.                               /s/ Stewart C. Fitts, Esq.
Adam R. Fulton, Esq.                                Mark A. Hutchison, Esq.
Nevada Bar No. 11572                                Nevada Bar No. 4639
afulton@jfnvlaw.com                                 Stewart C. Fitts, Esq.
2580 Sorrel Street                                  Nevada Bar No. 5635
Las Vegas, Nevada 89146                             Hannah R. Rodgers, Esq.
*Attorneys for Defendant,*                          Nevada Bar No. 16615
*Phil's Tire Service*                               1781 Village Center Circle, Suite 120
                                                    Las Vegas, Nevada 89134
                                                    *Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: September 19, 2025

-2-