1  Mark A. Hutchison (4639)
   Stewart C. Fitts (5635)
2  Hannah R. Rogers (16615)
3  **HUTCHISON & STEFFEN, PLLC**
   10080 Alta Drive, Suite 200
4  Las Vegas, NV 89145
   Telephone:  (702) 385-2500
5  Facsimile:  (702) 385-2086
6  mhutchison@hutchlegal.com
   sfitts@hutchlegal.com
7  hrogers@hutchlegal.com
8

9  Philip A. Kantor (6701)
   **LAW OFFICES OF PHILIP A KANTOR PC**
10 1781 Village Center Circle, Suite 120
   Las Vegas, NV 89134
11 Telephone:  (702) 255-1300
   Facsimile:  (702) 256-6331
12 prsak@aya.yale.edu
13
   Attorneys for Plaintiffs
14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MMA SPECIALTIES (a Nevada corporation), VU DEVELOPMENT (a Wyoming corporation), | Case No. 2:25-cv-01072 |
| Plaintiffs, | **ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE** |
| vs. | |
| QINGDAO VITOUR UNITED CORP (a Chinese corporation), DALLAS REED (an individual), MICHAEL YOUNG (an individual), PHIL'S TIRE SERVICE (a New York corporation), VITOUR USA CORP. (an Indiana corporation), TIRE RACK (an Indiana corporation), DOE Defendants 1-10; and ROE Entities 1-10, inclusive | |
| Defendants. | |

Pursuant to FRCP 41(a)(1)(a)(ii), Plaintiffs MMA Specialties and Vu Development ("Plaintiffs") and the only appearing Defendant, Phil's Tire Service, stipulate to dismiss Plaintiffs' complaint without prejudice.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED October 22, 2025 | DATED October 22, 2025 |
| HUTCHISON & STEFFEN, PLLC | JENNINGS & FULTON, LTD. |
| /s/ Stewart C. Fitts | /s/ Adam R. Fulton |
| Mark A. Hutchison (4639)<br>Stewart C. Fitts (5635)<br>Hannah R. Rogers (16615)<br>10080 Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>Telephone: (702) 385-2500<br>Facsimile: (702) 385-2086<br>mhutchison@hutchlegal.com<br>sfitts@hutchlegal.com<br>hrogers@hutchlegal.com<br><br>Philip A. Kantor (6701)<br>**LAW OFFICES OF PHILIP A KANTOR PC**<br>1781 Village Center Circle, Suite 120<br>Las Vegas, NV 89134<br>Telephone: (702) 255-1300<br>Facsimile: (702) 256-6331<br>prsak@aya.yale.edu<br><br>*Attorneys for Plaintiffs* | Adam R. Fulton (11572)<br>Logan G. Willson (14967)<br>2580 Sorrel Street<br>Las Vegas, NV 89146<br>Telephone: (702) 979-3565<br>Facsimile: (702) 362-2060<br>afulton@jfnvlaw.com<br>logan@jfnvlaw.com<br><br>*Attorneys for Defendant Phillips Racing Inc. dba Phil's Tire Service* |

IT IS SO ORDERED.

Dated this 22 day of October, 2025

_____
Gloria M. Navarro, District Judge
United States District Court